Enrique Alberto GARCIA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–70093.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 6, 2011.

Saad Ahmad, Fremont, CA, for Petitioner.

Anh–Thu P. Mai–Windle, Senior Litigation Counsel, Oil, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

Enrique Alberto Garcia, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order sustaining the government's appeal from an immigration judge's ("IJ") decision granting his application for relief

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

under the Nicaraguan Adjustment and Central American Relief Act of 1997 ("NA-CARA"). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary denial of relief under NACARA. *See* NACARA, Pub.L. No. 105–100, § 203(b); *see also* 8 U.S.C. § 1252(a)(2)(B).

Contrary to Garcia's contention, the BIA acted within its regulatory authority in reviewing the IJ's factual findings for clear error. *See* 8 C.F.R. § 1003.1(d)(3)(i).

Garcia's remaining contentions are unavailing.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.